IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| S.G., by and through her general guardian, BRENT GORDON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JORDAN SCHOOL DISTRICT, et al., <br><br> Defendants. | **SCHEDULING ORDER AND ORDER VACATING HEARING** <br><br> Case No. 2:17-cv-00677-RJS <br><br> Magistrate Judge Robert J. Shelby |

Pursuant to Fed. R. Civ. P. 16(b), the Magistrate Judge[1] received the Attorneys' Planning Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the Court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

This Court ORDERS the Initial Pretrial Hearing set for *November 8*, 2017, at *11*:30 a.m. VACATED.

| 1. | **PRELIMINARY MATTERS** | | **DATE** |
|---|---|---|---|
| | Nature of claims and any affirmative defenses: Violations of Title IX and the Equal Protection Clause. | | |
| | a. | Was Rule 26(f)(1) Conference held? Yes | 10/18/17 |
| | b. | Have the parties submitted the Attorney Planning Meeting Form? Yes | 10/18/17 |
| | c. | Deadline for 26(a)(1) initial disclosure? | 11/10/17 |
| 2. | **DISCOVERY LIMITATIONS** | | **NUMBER** |

---

[1] The Magistrate Judge completed Initial Pretrial Scheduling under DUCivR 16-1(b) and DUCivR 72-2(a)(5). The name of the Magistrate Judge who completed this order should NOT appear on the caption of future pleadings, unless the case is separately assigned or referred to that Magistrate Judge.

1

| | | |
|---|---|---|
| a. | Maximum Number of Depositions by Plaintiffs | 15 |
| b. | Maximum Number of Depositions by Defendants | 15 |
| c. | Maximum Number of Hours for Each Deposition (unless extended by agreement of parties) | 7 |
| d. | Maximum Interrogatories by any Party to any Party | 25 |
| e. | Maximum requests for admissions by any Party to any Party | 25 |
| f. | Maximum requests for production by any Party to any Party | 25 |
| g. | The Parties shall handle discovery of electronically stored information as follows: All all documents will be produced in native .jpg or .tiff format with load files, suitable for being downloaded into Relativity, Case Logistix, or another similar document management system. | |
| h. | The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: The parties agree to be bound by the provisions of Fed R. Civ. P. 26(b)(5)(B). | |
| i. | Last day to serve written discovery: | 2/15/18 |
| j. | Close of fact discovery: | 4/15/18 |
| k. | Final date for supplementation of disclosures and discovery under Rule 26 (e): | per rule |

| | | |
|---|---|---|
| 3. | **AMENDMENT OF PLEADINGS/ADDING PARTIES[2]** | **DATE** |
| a. | Last Day to File Motion to Amend Pleadings | 1/16/18 |
| b. | Last Day to File Motion to Add Parties | 1/16/18 |
| 4. | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |
| | **Disclosures** | |
| a. | Parties bearing burden of proof | 5/15/18 |

---

[2] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

2

|   |   |   |   |
|---|---|---|---|
|   | b. | Counter disclosures | 6/15/18 |
|   | **Reports** | | |
|   | a. | Parties bearing burden of proof | 5/15/18 |
|   | b | Counter reports | 6/15/18 |

| 5. | | **OTHER DEADLINES** | **DATE** |
|---|---|---|---|
|   | a. | Last day for Expert discovery | 7/16/18 |
|   | b. | Deadline for filing dispositive or potentially dispositive motions | 7/16/18 |
|   | c. | Deadline for filing partial or complete motions to exclude expert testimony | 7/16/18 |
|   | d. | Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed. | 7/23/18 |

| 6. | | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | **DATE** |
|---|---|---|---|
|   | a. | Referral to Court-Annexed Mediation: | No |
|   | b. | Referral to Court-Annexed Arbitration | No |
|   | c. | The parties will complete Private Mediation/Arbitration by: | |
|   | d. | | |
|   | | Evaluate case for Settlement/ADR on 7/15/18 | |
|   | e. | Settlement probability: fair. | |

7. **TRIAL AND PREPARATION FOR TRIAL**
At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 1st quarter of 2019.

**8.     OTHER MATTERS**

   Parties should file all Motions in Limine well in advance of the Final Pre Trial.


Signed November 6, 2017.

                         BY THE COURT:

                         _____
                         Evelyn J. Furse
                         U.S. Magistrate Judge