Mark L. Smith (Utah Bar #11367)
Michelle Correll (California Bar # 229488)
D. Loren Washburn (Utah Bar #10993)
Jacob L. Fonnesbeck (Utah Bar #14176)
SMITH CORRELL, LLP
8 E. Broadway, Suite 320
Salt Lake City, Utah 84111
Phone: (801) 584-1800
Fax: (801) 584-1820
lwashburn@smithcorrell.com
jfonnesbeck@smithcorrell.com

Brent Gordon (Utah Bar # 8794)
477 Shoup Ave, 101
Idaho Falls, ID 83402
Phone: (208) 552-0467
Fax: (866) 886-3419
brent@brentgordonlaw.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **S.G., by and through her general guardian, BRENT GORDON,  et al.,**<br><br>     **Plaintiffs,**<br><br>vs.<br><br>**JORDAN SCHOOL DISTRICT, et al.,**<br><br>     **Defendants.** | **STIPULATED AMENDED SCHEDULING ORDER**<br><br>**Case No. 2:17-cv-00677**<br><br>**Judge Robert J. Shelby**<br>**Magistrate Judge Dustin B. Pead** |

For Good Cause shown, this Court modifies the parties' stipulated Scheduling Order to extend certain deadlines. The Court's original scheduling order will govern any matters not modified by this Amended Scheduling Order.

The following table sets forth the original deadlines and the new deadlines:

|  | Original | New |
|---|---|---|
| Last day to serve written discovery | 2/15/18 | 8/15/18 |
| Close of fact discovery | 4/15/18 | 10/15/18 |
| Last day to file motion to amend pleadings | 1/16/18 | 7/15/18 |
| Last day to file motion to add parties | 1/16/18 | 7/15/18 |
| Disclosures for parties bearing burden of proof | 5/15/18 | 11/15/18 |
| Counter disclosures | 6/15/18 | 12/15/18 |
| Reports for parties bearing burden of proof | 5/15/18 | 11/15/18 |
| Counter reports | 6/15/18 | 12/15/18 |
| Last day for expert discovery | 7/16/18 | 1/16/19 |
| Deadline for filing dispositive motions | 7/16/18 | 1/16/19 |
| Deadline for filing motions to exclude expert testimony | 7/16/18 | 1/16/19 |
| Deadline for filing request for scheduling conference for setting trial date | 7/23/18 | 1/23/19 |

Signed February 26, 2018.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge