IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| S.G., by and through her general guardian, BRENT GORDON; L.D., by and through her general guardian, JASON DIXON; B.S., by and through her general guardian, LISA SIMMONS; M.C., by and through her general guardian, BARBARA CALCHERA; D.R., by and through her general guardian, BRET ROBISON; I.N., by and through her general guardian, MANUEL NOGALES, individually and on behalf of all those similarly situated<br><br>                            Plaintiffs,<br>vs.<br>JORDAN SCHOOL DISTRICT, GRANITE SCHOOL DISTRICT, CANYONS SCHOOL DISTRICT, UTAH HIGH SCHOOL ACTIVITIES ASSOCIATION, INC., PATRICE JOHNSON, MARTIN BATES, and JAMES BRISCOE<br><br>Defendants. | **SECOND AMENDED SCHEDULING ORDER**<br><br>Case No. 2:17-CV-00677-RJS-DBP<br><br>Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

      The court received the Second Amended Scheduling Order filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

| Deadline | Original Date | New Date |
|---|---|---|
| Last Day to Serve Written Discovery | 8/15/2018 (Amended to 30 Days after Motion to Certify Class) | 02/22/2019 |
| Close of Fact Discovery | 10/15/2018 | 3/29/2019 |
| Expert Disclosures & Reports- Disclosures and reports for parties bearing burden of proof. | 11/15/2018 | 4/30/2019 |
| Counter Disclosures and Reports | 12/15/2018 | 5/30/2019 |
| Last day for expert discovery | 11/15/2018 | 6/28/2019 |
| Deadline for filing dispositive motions | 12/15/2018 | 7/31/2019 |
| Deadline for filing motions to exclude expert testimony | 1/16/2019 | 8/30/2019 |
| Deadline for filing request for scheduling conference for setting trial | 1/23/2019 | Two weeks after ruling on all dispositive motions. |

Dated this 21st day of November, 2018.

BY THE COURT:

_____
Dustin B. Pead
U.S. Magistrate Judge