Mark O. Van Wagoner (3313)
SAVAGE YEATES & WALDRON, P.C.
170 South Main Street, Suite 500
Salt Lake City, Utah 84101
Telephone: (801) 328-2200
Email: movw@comcast.net

D. Craig Parry (7274)
Michael S. Lehr (16496)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
(801) 532-7840
Email: cparry@parrbrown.com

*Attorneys for Defendant Utah High School Activities Association*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| S.G., by and through her general guardian, BRENT GORDON; L.D., by and through her general guardian, JASON DIXON; B.S., by and through her general guardian, LISA SIMMONS; M.C. and I.C, by and through their general guardian, BARBARA CALCHERA; D.R., by and through her general guardian, BRET ROBISON; I.N., by and through her general guardian, MANUEL NOGALES, individually and on behalf of all those similarly situated<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>JORDAN SCHOOL DISTRICT, GRANITE SCHOOL DISTRICT, CANYONS SCHOOL DISTRICT, UTAH HIGH SCHOOL ACTIVITIES ASSOCIATION, PATRICE JOHNSON, MARTIN BATES, and JAMES BRISCOE<br><br>　　　　　　　　　　Defendants. | **UTAH HIGH SCHOOL ACTIVITIES ASSOCIATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT SURVEY OF FEMALE STUDENTS' INTEREST IN FOOTBALL**<br><br>Case No. 2:17-CV-00677<br><br>Judge: Robert J. Shelby<br><br>Magistrate Judge Brooke C. Wells |

1

Defendant Utah High School Activities Association ("UHSAA") hereby incorporates Defendants Jordan School District, Granite School District, and Canyons School District's (the "Districts") Opposition to Plaintiffs' Motion to Conduct Survey of Female Students' Interest in Football, and adopts the arguments presented therein. The UHSAA notes that, although Plaintiffs' are not asking the Court to require the UHSAA to conduct a survey, a survey of female students' interest in football in the Districts affects the UHSAA's rights and interests in this litigation.

DATED this 15th day of March, 2019.

SAVAGE, YEATES & WALDRON, P.C.

/s/ Mark Van Wagoner
Mark O. Van Wagoner

PARR BROWN GEE & LOVELESS

/s/ D. Craig Parry
D. Craig Parry

*Attorneys for Utah High School Activities Association*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2019, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Mark L. Smith msmith@smithwashburn.com
D. Loren Washburn lwashburn@smithwashburn.com
Jacob L. Fonnesbeck jfonnesbeck@smithwashburn.com
SMITH WASHBURN, LLP
50 West Broadway, Suite 1010
Salt Lake City, Utah 84101


Brent Gordon brent@brentgordonlaw.com
477 Shoup Ave., Ste. 203
Idaho Falls, ID 83402

Rachel G. Terry rachelterry@agutah.gov
Michael J. Teter mteter@agutah.gov
UTAH ATTORNEY GENERAL'S OFFICE
160 E. 300 S. 6th Floor
P.O. Box 140856
Salt Lake City, UT 84111


/s/ D. Craig Parry