AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Brent Gordon, et al.,

    Plaintiffs

v.

Jordan School District, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-677

This action came before the Court for a bench trial. The issues have been tried and

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of the Defendants and against Plaintiffs.

March 2, 2021
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge